UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN,<br><br>          Plaintiff,<br><br>   v.<br><br>,<br><br>          Defendant. | Case No. 24-cv-03705-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a federal prisoner in Texas acting pro se, sent a letter to the Court raising policy issues with the federal sentencing guidelines. In light of plaintiff's pro se status, the Court treated the letter as a complaint, and opened a new case for her. Plaintiff was sent a notice stating that she had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP"), or submitted a formal complaint. She was given twenty-eight days to act on one of these options.

More than twenty-eight days has passed, and plaintiff has not communicated with the Court. This case is dismissed without prejudice, and no fee or fee-related action is needed. If plaintiff wants to initiate a court case, she must file a formal complaint and pay the filing fee or submit a complete application to proceed IFP.

**IT IS SO ORDERED.**

Dated: August 21, 2024

_____
JAMES DONATO
United States District Judge